**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
Joe Del Nigro

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Del Nigro, an Individual, | Case No.: 2:19-cv-08847-PA-SK |
| Plaintiff, | Judge: Hon. Percy Anderson<br>Courtroom: 9A |
| v. | |
| Yek Paramount LLC; and DOES 1-10, | **AMMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT.** |
| Defendants. | |
| | Hearing:<br>Date: March 2, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Percy Anderson<br>Courtroom: 9A |
| | Date Action Filed: October 15, 2019<br>Trial Date: Not Yet Set. |

- 1 -

TO THE HONORABLE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE THAT ON March 2, 2020 at 10:00 a.m. in Courtroom 9A of the above-captioned courthouse, Plaintiff Joe Del Nigro ("Plaintiff"), by way of the undersigned counsel, hereby moves this Court for entry of a default judgment as to Defendant Yek Paramount LLC, a California limited liability company ("Defendant"), upon the complaint heretofore filed and served upon the Defendant, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following:

1. On or around October 15, 2019, Plaintiff filed in the United States District Court, Central District of California, Los Angeles Division, a complaint alleging certain and specific violations of 28 U.S.C. §§ 1331 AND 1343(a)(3-4) for violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq* ("ADA"). A copy of said Complaint is attached hereto as Exhibit A and is incorporated herein by reference.

2. On or around December 6, 2019 at 3:29 p.m., a copy of said Complaint, along with the First Amended Complaint, Summons, Civil Cover Sheet, Notice to Parties: ADA Disability Access Litigation, and Certification and Notice of Interested Parties was served upon John Doe, an individual authorized to accept service on behalf of Defendant, at 8746 Sunbird Avenue, Fountain Valley, CA 92708. A copy of the Proof of Service filed with the Court on December 6, 2019 and process receipt is attached hereto as Exhibit B and is incorporated herein by reference.

3. On or about December 27, 2019, more than 21 days after the service of the Complaint, First Amended Complaint, Summons, Civil Cover Sheet, Notice to Parties: ADA Disability Access Litigation, and Certification and Notice of Interested Parties was

|   |   |
|---|---|
| 1 | served upon John Doe, an individual authorized to accept service |
| 2 | on behalf of Defendant, Counsel for Plaintiff petitioned the Clerk of |
| 3 | this Court for entry of a default judgment against Defendant. A |
| 4 | copy of the Default by Clerk is attached hereto as Exhibit C and is |
| 5 | incorporated herein by reference. No response to any pleading or |
| 6 | non-litigious correspondence has been received by Plaintiff or his |
| 7 | counsel. |

4. Defendant has failed to plead or otherwise defend this action, and Plaintiff is entitled to judgment by default against Defendant.
5. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against Defendant for relief sought by Plaintiff in his complaint, and written notice of this action has been given to Defendant as set forth in the attached affidavit.

## PRAYER

WHEREFORE, Plaintiff prays that this Court enter a judgment of Default against Defendant, and that Defendant be enjoined and retained from the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.* as provide din the proposed Final Judgment filed concurrently with this motion.

///
///
///

<u>AFFIDAVIT</u>

I, Jarrod Y. Nakano, do hereby certify that the statements and allegations set forth in the foregoing motion and the accompanying memorandum are true and accurate to the best of my knowledge and belief.

                                                  Respectfully submitted,

DATED: January 31, 2020                **MCFARLIN LLP**

                                      By:   /s/ Jarrod Y. Nakano
                                                   Jarrod Y. Nakano
                                                   Attorneys for Plaintiff
                                                   Joe Del Nigro