UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEL NIGRO,<br><br>   Plaintiff,<br><br> v.<br><br>AM PROPERTIES, LLC, YEK PARAMOUNT, LLC, and DOES 1-10, inclusive,<br><br>   Defendants. | No. CV 19-08847 PA (SKx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

  In accordance with the Court's February 25, 2020 Order granting the Motion for Default Judgment filed by plaintiff Joe Del Nigro ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

  1. Plaintiff shall have judgment in his favor and against defendant Yek Paramount, LLC ("Defendant"); and

  3. Defendant is ordered to provide an accessible parking space and curb ramp at the property located at 16280 Paramount Blvd., Paramount, California, in compliance with the Americans with Disabilities Act Accessibility Standards; and

4. Plaintiff shall have his costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: February 25, 2020

                                                          Percy Anderson
                                         United States District Judge